IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMAR GREEN,** : | |
| Petitioner : | No. 1:25-cv-01051 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **WARDEN F. GARZA,** : | |
| Respondent : | |

## ORDER

**AND NOW**, on this 11th day of September 2025, after considering pro se Petitioner Jamar Green ("Green")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), Respondent's response in opposition to the habeas petition (Doc. No. 7), Green's traverse (Doc. No. 10), and Green's "Motion for Temporary Injunctive Relief Order" (Doc. No. 11), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Green's "Motion for Temporary Injunctive Relief Order" (Doc. No. 11) is **DENIED**;

2. Green's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                              s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania